[No. 12173-9-III.  Division Three.  January 12, 1993.]

*In the Matter of the Marriage of* PATRICK CHARLES SIEMION, *Respondent, and* CASSANDRA ANN LETA SIEMION, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 91-3-00065-2, Ted Walter Small, Jr., J., entered

December 30, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.